# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2434
Lower Tribunal No. 2022-CF-001948

_____

SAFARI H.T. RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and GANNAM, JJ., concur.

Laura L. Parker and Kendell K. Ali, of Ali & Blankner, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Senior Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED